DAVID R. ZARO (BAR NO. 124334);
TED FATES (BAR NO. 227809);
TIM C. HSU (BAR NO. 279208)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
515 South Figueroa Street, Ninth Floor
Los Angeles, California 90071
Tel: (213) 622-5555; Fax: (213) 620-8816
Email: tfates@allenmatkins.com; thsu@allenmatkins.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

WILLIAM J. HOFFMAN, Court-appointed permanent receiver for Defendant Nationwide Automated Systems, Inc., Oasis Studio Rentals, LLC, Relief Defendants Oasis Studio Rentals #2, LLC, Oasis Studio Rentals #3 LLC, and their subsidiaries and affiliates

Plaintiff(s),

v.

JON CURRIE a.k.a. JOHN CURRIE, AUDREY CURRIE, JCK FINANCIAL, INC., a California corporation, KOLE FINANCIAL, a California corporation, and DOES 1 THROUGH 10, inclusive

Defendant(s).

CASE NUMBER
2:16-cv-01498-SJO-FFM

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

☒ This action is dismissed by the Plaintiff(s) in its entirety. Without Prejudice.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP

April 14, 2016                      /s/ TIM C. HSU
*Date*                              *Signature of Attorney/Party*
                                    TIM C. HSU
                                    Attorneys for Plaintiff
                                    William J. Hoffman, Receiver

*NOTE:*  *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

CV-09 (03/10)     **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**



**American LegalNet, Inc.**
www.FormsWorkFlow.com